# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: TYRONE L. WEEKS

                        Debtor.

_____/

**WILLIAM D. JOHNSON (P54823)**
Attorney for Debtor
Acclaim Legal Services, PLLC
26200 Lahser Road, Suite 330
Southfield, MI 48033
(248) 443-7033

_____/

Case Number: 13-62986 MBM
Chapter 13
Judge: MCIVOR

## ORDER OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

Upon reading and filing of the Debtor's Petition, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above entitled case be dismissed under Chapter 13 of Title 11, United States Code.

**IT IS FURTHER ORDERED** that the Order to Pay Trustee previously issued in this matter is released and that the Debtor's and her employers shall have no further liability thereunder.

Signed on July 11, 2014

                                      /s/ Marci B. McIvor
                                      Marci B. McIvor
                                      United States Bankruptcy Judge